IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 4:11CR3141 |
| v. | ) | |
| CARLOS OJEDA ACOSTA, | ) | ORDER |
| Defendant. | ) | |

IT IS ORDERED that the defendant's motion to reduce sentence (filing no. 72) is denied.

DATED this 2nd day of May, 2017.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge