IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:11CR3141 |
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| CARLOS OJEDA ACOSTA, | ) | |
| | ) | |
| Defendant. | ) | |

On May 2, 2017, the court denied Defendant's motion to reduce sentence. (Filings 72 & 73.) On May 15, 2017, Defendant filed a notice of appeal from such order. (Filing 74.) On May 16, 2017, the Clerk of Court entered a notice of deficiency for Defendant's failure to sign his notice of appeal. (Filing 75.) The same date, the court ordered Defendant to file a motion to proceed on appeal in forma pauperis and supporting affidavit *or* to pay the $505.00 appeal fee within 15 days. (Filing 77.) On May 30, 2017, Defendant filed a motion for leave to proceed on appeal in forma pauperis, which states that Defendant will send "my prison financial statement as soon as my Counselor here at Talladega FCI can print it out. I should be able to provide this document within 7 days." (Filing 79 at CM/ECF p. 2.)

I shall allow Defendant an extension of time to June 12, 2017, to file his inmate trust account statement in support of his motion to proceed on appeal in forma pauperis. Such statement shall contain the information required by Fed. R. App. P. 24(a)(1)(A). Accordingly,

IT IS ORDERED:

1. Defendant is granted until June 12, 2017, to file his inmate trust account statement in support of his motion to proceed on appeal in forma pauperis that contains the information required by Fed. R. App. P. 24(a)(1)(A);

2. If Defendant does not comply with such filing requirement, the Clerk of Court shall send to the Eighth Circuit Court of Appeals, pursuant to Fed. R. App. P. 24(a)(4), the following documents—motion to reduce sentence (Filing 72), order denying motion to reduce sentence (Filing 73), notice of appeal (Filing 74), Filing 77, Filing 79, and this memorandum and order.

DATED this 31st day of May, 2017.

BY THE COURT:
s/ *Richard G. Kopf*
Senior United States District Judge